# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

IN RE:
ABDEL TORRES RODRIGUEZ;
MARIBEL GORBEA DIAZ

DEBTOR(S)

BK CASE # 09-07086

CHAPTER 13

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☒ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

**PLAN DATED:** December 21, 2009
☒ PRE ☐ POST-CONFIRMATION

☐ **AMENDED PLAN DATED:** _____
FILED BY ☐ DEBTOR ☐ TRUSTEE ☐ OTHER

### I. PAYMENT PLAN SCHEDULE

$ 2 x 0 = 0
$ 58 x $672 = $13,500
$ ___ x ___ = ___
$ ___ x ___ = ___
$ ___ x ___ = ___
TOTAL = $38,976

Additional Payments:
$ -- to be paid as a LUMP SUM within _____ with proceeds to come from
☐ Sale of property identified as follows:
_____
_____

☐ Other: _____------_____
_____
_____

Periodic Payments to be made other than, and in addition to the above.
$ -- x _____ = --

PROPOSED BASE: $ 38,976

### III. ATTORNEY'S FEES

(Treated as § 507 Priorities)
Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 1,900

Signed: /s/ Abdel Torres Rodriguez
DEBTOR
/s/ Maribel Gorbea Diaz
JOINT DEBTOR

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS CR _____ $ _____
B. SECURED CLAIMS.
☐ Debtor represents no secured claims.
☒ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. Popular Mortgage   Cr. Hacienda San José   Cr. _____
# XXXXXXXXX9608   # _____   # _____
$ 13,104   $ 1,300   $ _____

2. ☐ Trustee pays IN FULL Secured Claims
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____

3. ☐ Trustee pays VALUE OF COLLATERAL
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____

5. ☐ OTHER _____
6. ☒ Debtor Otherwise maintains regular payments directly to:
Popular Mortgage and to Hacienda San José

C. PRIORITIES. The Trustee shall pay priorities in accordance with the law.
(11 U.S.C. § 507 and § 1322 (a)(2)
D. UNSECURED CLAIMS. Plan ☐ Classifies ☐ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____.
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____

(b) ☐ Other: _____

2. Unsecured Claims otherwise receive PRO-RATA disbursements

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecured, etc )*
Plan provides to pay arrears to lessor DCSF USA LLC, for the total amount of $6,271; Trustee shall pay this total amount not later than December 28, 2011, as per parties' submitted stipulation. Debtor will keep regular payments to this lessor.

ATTORNEY FOR DEBTOR: /s/ Edgar D. Brito          Phone: (787)749-0665