**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ABDEL TORRES RODRIGUEZ and MARIBEL GORBEA DIAZ | **Case No.** **09-07086-SEK** |
| **Debtor(s)** | **Chapter** **13** |

# Monthly Financial Report for Business (D/B/A)
## (Chapter 13 Trustee José R. Carrión)

FOR THE PERIOD BEGINNING July 1, 2009 AND ENDING July 31, 2009

All items must be answered or if any of the items listed do not apply, answer "none" or "N/A".

| | CURRENT MONTH | PREVIOUS MONTH |
|---|---|---|
| A. CASH AT BEGINNING OF PERIOD | $24.23 | $ |
| B. RECEIPTS: | $ | $ |
| 1. Cash Sales | $ | $ |
| Less: Cash Refunds Net Cash Sales | $ | $ |
| 2. Collection on post petition A/R | $ | $ |
| 3. Collection on pre petition A/R | $ | $ |
| 4. Other receipts | $2531 | $ |
| C. TOTAL RECEIPTS | $ | $ |
| D. TOTAL CASH AVAILABLE FOR OPERATIONS | $2555.23 | $ |
| E. DISBURSEMENT | $ | $ |
| 1. Net Payroll | $ | $ |
| 2. Payroll Taxes Paid | $ | $ |
| 3. Sales and Use Taxes | $ | $ |
| 4. Other Taxes | $ | $ |
| 5. Rent | $1003 | $1003 |
| 6. Other Leases (Attach details) | $ | $ |
| 7. Telephone *+fax* | $222 | $ |
| 8. Utilities | $ | $ |
| 9. Travel and Transportation | $ | $ |
| 10. Vehicle Expenses | $ | $ |
| 11. Office Supplies | $ | $ |
| 12. Advertising | $ | $ |
| 13. Insurance | $ | $ |
| 14. Purchases of Fixed Assets (Attach details) | $ | $ |
| 15. Purchases of Inventory | $ | $ |
| 16. Manufacturing Supplies | $ | $ |
| 17. Repairs and Maintenance | $ | $ |
| 18. Payment to Secured Creditors (Business loans) | $ | $ |
| 19. Other Operating Expenses (Attach details) *emplazamiento* | $107 | $ |
| F. TOTAL CASH DISBURSEMENTS | $ | $ |
| G. ENDING CASH BALANCE | $1223.23 | $ |

| | | | |
|---|---|---|---|
| H. | ENDING CASH BALANCE (THIS PERIOD) | $1223.23 | $ |
| I. | OTHER INCOME | $ | $ |
| | 1. Salaries and commissions | $ | $ |
| | 2. Interest or dividends | $ | $ |
| | 3. Rent | $ | $ |
| | 4. Other | $ | $ |
| | SUB TOTAL (OTHER INCOME) | | $ |
| J. | TOTAL AVAILABLE INCOME | $1223.23 | $ |
| K. | PERSONAL EXPENSES | $ | $ |
| | 1. Federal Taxes | $ | $ |
| | 2. State Taxes | $ | $ |
| | 3. Other Taxes | $ | $ |
| | 4. Utilities *cable+telephone+celular phone* | $273.90 | $ |
| | 5. Mortgage / Rent | $ | $ |
| | 6. Insurance Premiums (Attach detailed statement) | $62.55 | $ |
| | 7. Food | $250 | $ |
| | 8. Medical / Dental | $342 | $ |
| | 9. Loan Payments (Attach detailed statement) | $ | $ |
| | 10. Transportation (Attach detailed statement)*gasoline* | $175 | $ |
| | 11. Clothing | $ | $ |
| | 12. Gift and Donations | $ | $ |
| | 13. Tuition / Education | $ | $ |
| | 14. Chapter 13 Trustee Monthly Payment | $ | $ |
| | 15. Other (Attach detailed statement)*personal effects* | $66 | $ |
| L. | TOTAL PERSONAL DISBURSEMENTS | $ | $ |
| M. | DISPOSABLE INCOME (FOR NEXT PERIOD) | $ | $ |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

/s/ Abdel Torres Rodríguez
Signature of Debtor

June 24, 2010
Date

/s/ Maribel Gorbea Díaz
Signature of Joint Debtor

/s/Edgar D. Brito
Debtor (s) attorney

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| ABDEL TORRES RODRIGUEZ and MARIBEL GORBEA DIAZ<br><br>**Debtor(s)** | **Case No.** 09-07086-SEK<br><br>**Chapter** 13 |
|---|---|

# Monthly Financial Report for Business (D/B/A)
## (Chapter 13 Trustee José R. Carrión)

FOR THE PERIOD BEGINNING AGOSTO 1, 2009 AND ENDING AGOSTO 31, 2009

All items must be answered or if any of the items listed do not apply, answer "none" or "N/A".

| | CURRENT MONTH | PREVIOUS MONTH |
|---|---|---|
| A. CASH AT BEGINNING OF PERIOD | $ | $ |
| B. RECEIPTS: | $ | $ |
| 1. Cash Sales | $ | $ |
| Less: Cash Refunds Net Cash Sales | $ | $ |
| 2. Collection on post petition A/R | $ | $ |
| 3. Collection on pre petition A/R | $ | $ |
| 4. Other receipts | $ | $ |
| C. TOTAL RECEIPTS | $ | $ |
| D. TOTAL CASH AVAILABLE FOR OPERATIONS | $ | $ |
| E. DISBURSEMENT | $ | $ |
| 1. Net Payroll | $ | $ |
| 2. Payroll Taxes Paid | $ | $ |
| 3. Sales and Use Taxes | $ | $ |
| 4. Other Taxes | $ | $ |
| 5. Rent | $ | $ |
| 6. Other Leases (Attach details) | $ | $ |
| 7. Telephone | $ | $ |
| 8. Utilities | $ | $ |
| 9. Travel and Transportation | $ | $ |
| 10. Vehicle Expenses | $ | $ |
| 11. Office Supplies | $ | $ |
| 12. Advertising | $ | $ |
| 13. Insurance | $ | $ |
| 14. Purchases of Fixed Assets (Attach details) | $ | $ |
| 15. Purchases of Inventory | $ | $ |
| 16. Manufacturing Supplies | $ | $ |
| 17. Repairs and Maintenance | $ | $ |
| 18. Payment to Secured Creditors (Business loans) | $ | $ |
| 19. Other Operating Expenses (Attach details) | $ | $ |
| F. TOTAL CASH DISBURSEMENTS | $ | $ |
| G. ENDING CASH BALANCE | $ | $ |

| | | | |
|---|---|---|---|
| H. | ENDING CASH BALANCE (THIS PERIOD) | $2554.55 | $ |
| I. | OTHER INCOME | $ | $ |
| | 1. Salaries and commissions | $ | $ |
| | 2. Interest or dividends | $ | $ |
| | 3. Rent | $ | $ |
| | 4. Other | $ | $ |
| | SUB TOTAL (OTHER INCOME) | | $ |
| J. | TOTAL AVAILABLE INCOME | $2554.55 | $ |
| K. | PERSONAL EXPENSES | $ | $ |
| | 1. Federal Taxes | $ | $ |
| | 2. State Taxes | $ | $ |
| | 3. Other Taxes | $ | $ |
| | 4. Utilities *celular, cable, Autoridad Energia Electrica* | $398.06 | $ |
| | 5. Mortgage / Rent | $ | $ |
| | 6. Insurance Premiums (Attach detailed statement) | $62.55 | $ |
| | 7. Food | $350 | $ |
| | 8. Medical / Dental | $342 | $ |
| | 9. Loan Payments (Attach detailed statement) | $ | $ |
| | 10. Transportation (Attach detailed statement) | $673.50 | $ |
| | 11. Clothing | $ | $ |
| | 12. Gift and Donations | $ | $ |
| | 13. Tuition / Education | $ | $ |
| | 14. Chapter 13 Trustee Monthly Payment | $ | $ |
| | 15. Other (Attach detailed statement)*gomas carro* | $486.95 | $ |
| L. | TOTAL PERSONAL DISBURSEMENTS | $ | $ |
| M. | DISPOSABLE INCOME (FOR NEXT PERIOD) | $261.48 | $ |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

/s/ Abdel Torres Rodríguez
Signature of Debtor

June 24, 2010
Date

/s/ Maribel Gorbea Díaz
Signature of Joint Debtor

/s/Edgar D. Brito
Debtor (s) attorney

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ABDEL TORRES RODRIGUEZ<br>and MARIBEL GORBEA DIAZ | **Case No.** **09-07086-SEK** |
| **Debtor(s)** | **Chapter** **13** |

# Monthly Financial Report for Business (D/B/A)
## (Chapter 13 Trustee José R. Carrión)

FOR THE PERIOD BEGINNING Septiembre 1, 2009 AND ENDING Septiembre 30, 2009

All items must be answered or if any of the items listed do not apply, answer "none" or "N/A".

| | | CURRENT MONTH | PREVIOUS MONTH |
|---|---|---|---|
| A. | CASH AT BEGINNING OF PERIOD | $261.48 | $ |
| B. | RECEIPTS: | $ | $ |
| | 1. Cash Sales | $ | $ |
| | Less: Cash Refunds Net Cash Sales | $ | $ |
| | 2. Collection on post petition A/R | $ | $ |
| | 3. Collection on pre petition A/R | $ | $ |
| | 4. Other receipts | $3134 | $ |
| C. | TOTAL RECEIPTS | $ | $ |
| D. | TOTAL CASH AVAILABLE FOR OPERATIONS | $3396.11 | $ |
| E. | DISBURSEMENT | $ | $ |
| | 1. Net Payroll | $ | $ |
| | 2. Payroll Taxes Paid | $ | $ |
| | 3. Sales and Use Taxes | $ | $ |
| | 4. Other Taxes | $ | $ |
| | 5. Rent +*contribución sobre ingresos* | $1138 | $ |
| | 6. Other Leases (Attach details) | $ | $ |
| | 7. Telephone | $ | $ |
| | 8. Utilities | $ | $ |
| | 9. Travel and Transportation | $ | $ |
| | 10. Vehicle Expenses | $ | $ |
| | 11. Office Supplies | $ | $ |
| | 12. Advertising | $ | $ |
| | 13. Insurance | $ | $ |
| | 14. Purchases of Fixed Assets (Attach details) | $ | $ |
| | 15. Purchases of Inventory | $ | $ |
| | 16. Manufacturing Supplies | $ | $ |
| | 17. Repairs and Maintenance | $ | $ |
| | 18. Payment to Secured Creditors (Business loans) | $ | $ |
| | 19. Other Operating Expenses (Attach details) *emplazamientos* | $350 | $ |
| F. | TOTAL CASH DISBURSEMENTS | $ | $ |
| G. | ENDING CASH BALANCE | $1908.11 | $ |

| | | | |
|---|---|---|---|
| H. | ENDING CASH BALANCE (THIS PERIOD) | $1908.11 | $ |
| I. | OTHER INCOME | $ | $ |
| | 1. Salaries and commissions *universidad* | $1612.50 | $ |
| | 2. Interest or dividends | $ | $ |
| | 3. Rent | $ | $ |
| | 4. Other | $ | $ |
| | SUB TOTAL (OTHER INCOME) | | $ |
| J. | TOTAL AVAILABLE INCOME | $3520.61 | $ |
| K. | PERSONAL EXPENSES | $ | $ |
| | 1. Federal Taxes | $ | $ |
| | 2. State Taxes | $ | $ |
| | 3. Other Taxes | $ | $ |
| | 4. Utilities *celular, AEE, cable* | $464.58 | $ |
| | 5. Mortgage / Rent | $ | $ |
| | 6. Insurance Premiums (Attach detailed statement) | $62.55 | $ |
| | 7. Food | $300.00 | $ |
| | 8. Medical / Dental *Triple S* | $342 | $ |
| | 9. Loan Payments (Attach detailed statement) | $ | $ |
| | 10. Transportation (Attach detailed statement) | $773.50 | $ |
| | 11. Clothing | $ | $ |
| | 12. Gift and Donations | $ | $ |
| | 13. Tuition / Education | $ | $ |
| | 14. Chapter 13 Trustee Monthly Payment | $ | $ |
| | 15. Other (Attach detailed statement) | $ | $ |
| L. | TOTAL PERSONAL DISBURSEMENTS | $ | $ |
| M. | DISPOSABLE INCOME (FOR NEXT PERIOD) | $1577.98 | $ |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

/s/ Abdel Torres Rodríguez
Signature of Debtor

June 24, 2010
Date

/s/ Maribel Gorbea Díaz
Signature of Joint Debtor

/s/Edgar D. Brito
Debtor (s) attorney

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ABDEL TORRES RODRIGUEZ<br>and MARIBEL GORBEA DIAZ<br><br>**Debtor(s)** | **Case No.** **09-07086-SEK**<br><br>**Chapter** **13** |

# Monthly Financial Report for Business (D/B/A)
## (Chapter 13 Trustee José R. Carrión)

FOR THE PERIOD BEGINNING Octubre 1, 2009 AND ENDING Octubre 31, 2009

All items must be answered or if any of the items listed do not apply, answer "none" or "N/A".

| | CURRENT MONTH | PREVIOUS MONTH |
|---|---|---|
| A. CASH AT BEGINNING OF PERIOD | $1577.98 | $ |
| B. RECEIPTS: | $ | $ |
| 1. Cash Sales | $ | $ |
| Less: Cash Refunds Net Cash Sales | $ | $ |
| 2. Collection on post petition A/R | $ | $ |
| 3. Collection on pre petition A/R | $ | $ |
| 4. Other receipts | $4659.38 | $ |
| C. TOTAL RECEIPTS | $ | $ |
| D. TOTAL CASH AVAILABLE FOR OPERATIONS | $6237.96 | $ |
| E. DISBURSEMENT | $ | $ |
| 1. Net Payroll | $ | $ |
| 2. Payroll Taxes Paid | $ | $ |
| 3. Sales and Use Taxes | $ | $ |
| 4. Other Taxes | $ | $ |
| 5. Rent | $1003 | $ |
| 6. Other Leases (Attach details) | $ | $ |
| 7. Telephone *767-5723;751-8334 (fax)* | $349.14 | $ |
| 8. Utilities | $ | $ |
| 9. Travel and Transportation | $ | $ |
| 10. Vehicle Expenses | $ | $ |
| 11. Office Supplies | $ | $ |
| 12. Advertising | $ | $ |
| 13. Insurance | $ | $ |
| 14. Purchases of Fixed Assets (Attach details) | $ | $ |
| 15. Purchases of Inventory | $ | $ |
| 16. Manufacturing Supplies | $ | $ |
| 17. Repairs and Maintenance | $ | $ |
| 18. Payment to Secured Creditors (Business loans) | $ | $ |
| 19. Other Operating Expenses (Attach details) *pago deposicion* | $200 | $ |
| F. TOTAL CASH DISBURSEMENTS | $ | $ |
| G. ENDING CASH BALANCE | $4685.82 | $ |

| | | | |
|---|---|---|---|
| H. | ENDING CASH BALANCE (THIS PERIOD) | $4685.82 | $ |
| I. | OTHER INCOME | $ | $ |
| | 1. Salaries and commissions *universidad* | $1612.50 | $ |
| | 2. Interest or dividends | $ | $ |
| | 3. Rent | $ | $ |
| | 4. Other | $ | $ |
| | SUB TOTAL (OTHER INCOME) | | $ |
| J. | TOTAL AVAILABLE INCOME | $6298.32 | $ |
| K. | PERSONAL EXPENSES | $ | $ |
| | 1. Federal Taxes | $ | $ |
| | 2. State Taxes | $ | $ |
| | 3. Other Taxes | $ | $ |
| | 4. Utilities | $784.39 | $ |
| | 5. Mortgage / Rent *mantenimiento* | $428.40 | $ |
| | 6. Insurance Premiums (Attach detailed statement) | $62.55 | $ |
| | 7. Food | $350.00 | $ |
| | 8. Medical / Dental | $342.00 | $ |
| | 9. Loan Payments (Attach detailed statement) | $ | $ |
| | 10. Transportation (Attach detailed statement) | $773.50 | $ |
| | 11. Clothing | $ | $ |
| | 12. Gift and Donations | $ | $ |
| | 13. Tuition / Education | $ | $ |
| | 14. Chapter 13 Trustee Monthly Payment | $ | $ |
| | 15. Other (Attach detailed statement) | $ | $ |
| L. | TOTAL PERSONAL DISBURSEMENTS | $ | $ |
| M. | DISPOSABLE INCOME (FOR NEXT PERIOD) | $3557.48 | $ |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

/s/ Abdel Torres Rodríguez
Signature of Debtor

June 24, 2010
Date

/s/ Maribel Gorbea Díaz
Signature of Joint Debtor

/s/Edgar D. Brito
Debtor (s) attorney

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

ABDEL TORRES RODRIGUEZ
and MARIBEL GORBEA DIAZ

**Debtor(s)**

**Case No.** **09-07086-SEK**

**Chapter** **13**

# Monthly Financial Report for Business (D/B/A)
## (Chapter 13 Trustee José R. Carrión)

FOR THE PERIOD BEGINNING NOVEMBER 1, 2009 AND ENDING NOVEMBER 31, 2009

All items must be answered or if any of the items listed do not apply, answer "none" or "N/A".

| | CURRENT MONTH | PREVIOUS MONTH |
|---|---|---|
| A. CASH AT BEGINNING OF PERIOD | $3557.48 | $ |
| B. RECEIPTS: | $ | $ |
| 1. Cash Sales | $ | $ |
| Less: Cash Refunds Net Cash Sales | $ | $ |
| 2. Collection on post petition A/R | $ | $ |
| 3. Collection on pre petition A/R | $ | $ |
| 4. Other receipts | $2136.47 | $ |
| C. TOTAL RECEIPTS | $ | $ |
| D. TOTAL CASH AVAILABLE FOR OPERATIONS | $5693.95 | $ |
| E. DISBURSEMENT | $ | $ |
| 1. Net Payroll | $ | $ |
| 2. Payroll Taxes Paid | $ | $ |
| 3. Sales and Use Taxes | $ | $ |
| 4. Other Taxes | $ | $ |
| 5. Rent | $1003 | $ |
| 6. Other Leases (Attach details) | $ | $ |
| 7. Telephone *767-5483;757-8334(fax)* | $362.70 | $ |
| 8. Utilities | $ | $ |
| 9. Travel and Transportation | $ | $ |
| 10. Vehicle Expenses | $ | $ |
| 11. Office Supplies | $150 | $ |
| 12. Advertising | $ | $ |
| 13. Insurance | $ | $ |
| 14. Purchases of Fixed Assets (Attach details) | $ | $ |
| 15. Purchases of Inventory | $ | $ |
| 16. Manufacturing Supplies | $ | $ |
| 17. Repairs and Maintenance | $ | $ |
| 18. Payment to Secured Creditors (Business loans) | $ | $ |
| 19. Other Operating Expenses (Attach details) | $ | $ |
| F. TOTAL CASH DISBURSEMENTS | $ | $ |
| G. ENDING CASH BALANCE | $4128.25 | $ |

| | | | |
|---|---|---|---|
| H. | ENDING CASH BALANCE (THIS PERIOD) | $4178.25 | $ |
| I. | OTHER INCOME | $ | $ |
| | 1. Salaries and commissions | $1612.50 | $ |
| | 2. Interest or dividends | $ | $ |
| | 3. Rent | $ | $ |
| | 4. Other | $ | $ |
| | SUB TOTAL (OTHER INCOME) | | $ |
| J. | TOTAL AVAILABLE INCOME | $5790.75 | $ |
| K. | PERSONAL EXPENSES | $ | $ |
| | 1. Federal Taxes | $ | $ |
| | 2. State Taxes | $ | $ |
| | 3. Other Taxes | $ | $ |
| | 4. Utilities | $333.22 | $ |
| | 5. Mortgage / Rent *mantenimiento* | $140 | $ |
| | 6. Insurance Premiums (Attach detailed statement) | $62.55 | $ |
| | 7. Food | $331.94 | $ |
| | 8. Medical / Dental | $342.00 | $ |
| | 9. Loan Payments (Attach detailed statement) | $ | $ |
| | 10. Transportation (Attach detailed statement) | $1523.50 | $ |
| | 11. Clothing *laundry* | $27.61 | $ |
| | 12. Gift and Donations | $ | $ |
| | 13. Tuition / Education *universidad* | $150 | $ |
| | 14. Chapter 13 Trustee Monthly Payment | $ | $ |
| | 15. Other (Attach detailed statement) | $ | $ |
| L. | TOTAL PERSONAL DISBURSEMENTS | $ | $ |
| M. | DISPOSABLE INCOME (FOR NEXT PERIOD) | $2880.43 | $ |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

/s/ Abdel Torres Rodríguez
Signature of Debtor

June 24, 2010
Date

/s/ Maribel Gorbea Díaz
Signature of Joint Debtor

/s/Edgar D. Brito
Debtor (s) attorney

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ABDEL TORRES RODRIGUEZ<br>and MARIBEL GORBEA DIAZ | **Case No.** **09-07086-SEK** |
| **Debtor(s)** | **Chapter** **13** |

# Monthly Financial Report for Business (D/B/A)
## (Chapter 13 Trustee José R. Carrión)

FOR THE PERIOD BEGINNING December 1, 2009 AND ENDING December 31, 2009

All items must be answered or if any of the items listed do not apply, answer "none" or "N/A".

| | | CURRENT MONTH | PREVIOUS MONTH |
|---|---|---|---|
| A. | CASH AT BEGINNING OF PERIOD | $2880.43 | $ |
| B. | RECEIPTS: | $ | $ |
| | 1. Cash Sales | $ | $ |
| | Less: Cash Refunds Net Cash Sales | $ | $ |
| | 2. Collection on post petition A/R | $ | $ |
| | 3. Collection on pre petition A/R | $ | $ |
| | 4. Other receipts | $4616.00 | $ |
| C. | TOTAL RECEIPTS | $ | $ |
| D. | TOTAL CASH AVAILABLE FOR OPERATIONS | $7476.00 | $ |
| E. | DISBURSEMENT | $ | $ |
| | 1. Net Payroll | $ | $ |
| | 2. Payroll Taxes Paid | $ | $ |
| | 3. Sales and Use Taxes | $ | $ |
| | 4. Other Taxes | $ | $ |
| | 5. Rent | $1003.00 | $ |
| | 6. Other Leases (Attach details) | $ | $ |
| | 7. Telephone *767-5783;757-8334(fax)* | $232.73 | $ |
| | 8. Utilities | $ | $ |
| | 9. Travel and Transportation | $ | $ |
| | 10. Vehicle Expenses | $ | $ |
| | 11. Office Supplies | $ | $ |
| | 12. Advertising | $ | $ |
| | 13. Insurance | $ | $ |
| | 14. Purchases of Fixed Assets (Attach details) | $ | $ |
| | 15. Purchases of Inventory | $ | $ |
| | 16. Manufacturing Supplies | $ | $ |
| | 17. Repairs and Maintenance | $ | $ |
| | 18. Payment to Secured Creditors (Business loans) | $ | $ |
| | 19. Other Operating Expenses (Attach details) *edictoNuevoDia* | $102.00 | $ |
| F. | TOTAL CASH DISBURSEMENTS | $ | $ |
| G. | ENDING CASH BALANCE | $6138.27 | $ |

| | | | |
|---|---|---|---|
| H. | ENDING CASH BALANCE (THIS PERIOD) | $6138.27 | $ |
| I. | OTHER INCOME | $ | $ |
| | 1. Salaries and commissions | $ | $ |
| | 2. Interest or dividends | $ | $ |
| | 3. Rent | $ | $ |
| | 4. Other | $ | $ |
| | SUB TOTAL (OTHER INCOME) | | $ |
| J. | TOTAL AVAILABLE INCOME | $6138.27 | $ |
| K. | PERSONAL EXPENSES | $ | $ |
| | 1. Federal Taxes | $ | $ |
| | 2. State Taxes | $ | $ |
| | 3. Other Taxes | $ | $ |
| | 4. Utilities | $829.72 | $ |
| | 5. Mortgage / Rent *mantenimiento* | $140 | $ |
| | 6. Insurance Premiums (Attach detailed statement) | $62.55 | $ |
| | 7. Food | $300.00 | $ |
| | 8. Medical / Dental | $342.00 | $ |
| | 9. Loan Payments (Attach detailed statement) | $ | $ |
| | 10. Transportation (Attach detailed statement) | $1400 | $ |
| | 11. Clothing *gastos personales* | $28.86 | $ |
| | 12. Gift and Donations | $ | $ |
| | 13. Tuition / Education | $ | $ |
| | 14. Chapter 13 Trustee Monthly Payment | $ | $ |
| | 15. Other (Attach detailed statement) *Deposicion* | $250.00 | $ |
| L. | TOTAL PERSONAL DISBURSEMENTS | $ | $ |
| M. | DISPOSABLE INCOME (FOR NEXT PERIOD) | $2785.14 | $ |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

/s/ Abdel Torres Rodríguez
Signature of Debtor

June 24, 2010
Date

/s/ Maribel Gorbea Díaz
Signature of Joint Debtor

/s/Edgar D. Brito
Debtor (s) attorney

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ABDEL TORRES RODRIGUEZ<br>and MARIBEL GORBEA DIAZ<br><br>**Debtor(s)** | **Case No.** **09-07086-SEK**<br><br>**Chapter** **13** |

# Monthly Financial Report for Business (D/B/A)
## (Chapter 13 Trustee José R. Carrión)

FOR THE PERIOD BEGINNING January 1, 2010 AND ENDING January 31, 2010

All items must be answered or if any of the items listed do not apply, answer "none" or "N/A".

| | CURRENT MONTH | PREVIOUS MONTH |
|---|---|---|
| A. CASH AT BEGINNING OF PERIOD | $2785.14 | $ |
| B. RECEIPTS: | $ | $ |
| 1. Cash Sales | $ | $ |
| Less: Cash Refunds Net Cash Sales | $ | $ |
| 2. Collection on post petition A/R | $ | $ |
| 3. Collection on pre petition A/R | $ | $ |
| 4. Other receipts | $6436 | $ |
| C. TOTAL RECEIPTS | $9221.14 | $ |
| D. TOTAL CASH AVAILABLE FOR OPERATIONS | $ | $ |
| E. DISBURSEMENT | $ | $ |
| 1. Net Payroll | $ | $ |
| 2. Payroll Taxes Paid | $ | $ |
| 3. Sales and Use Taxes | $ | $ |
| 4. Other Taxes | $ | $ |
| 5. Rent | $1003 | $ |
| 6. Other Leases (Attach details) | $ | $ |
| 7. Telephone | $ | $ |
| 8. Utilities | $ | $ |
| 9. Travel and Transportation | $ | $ |
| 10. Vehicle Expenses | $ | $ |
| 11. Office Supplies | $ | $ |
| 12. Advertising | $ | $ |
| 13. Insurance | $ | $ |
| 14. Purchases of Fixed Assets (Attach details) | $ | $ |
| 15. Purchases of Inventory | $ | $ |
| 16. Manufacturing Supplies | $ | $ |
| 17. Repairs and Maintenance | $ | $ |
| 18. Payment to Secured Creditors (Business loans) | $ | $ |
| 19. Other Operating Expenses (Attach details) | $ | $ |
| F. TOTAL CASH DISBURSEMENTS | $ | $ |
| G. ENDING CASH BALANCE | $8218.14 | $ |

| | | | |
|---|---|---|---|
| H. | ENDING CASH BALANCE (THIS PERIOD) | $8218.14 | $ |
| I. | OTHER INCOME | $ | $ |
| | 1. Salaries and commissions *UPR* | $806.25 | $ |
| | 2. Interest or dividends | $ | $ |
| | 3. Rent | $ | $ |
| | 4. Other | $ | $ |
| | SUB TOTAL (OTHER INCOME) | | $ |
| J. | TOTAL AVAILABLE INCOME | $ | $ |
| K. | PERSONAL EXPENSES | $ | $ |
| | 1. Federal Taxes | $ | $ |
| | 2. State Taxes | $ | $ |
| | 3. Other Taxes | $ | $ |
| | 4. Utilities | $431.23 | $ |
| | 5. Mortgage / Rent *mantenimiento* | $140 | $ |
| | 6. Insurance Premiums (Attach detailed statement) | $62.55 | $ |
| | 7. Food | $344.49 | $ |
| | 8. Medical / Dental | $342 | $ |
| | 9. Loan Payments (Attach detailed statement) | $ | $ |
| | 10. Transportation (Attach detailed statement) | $950 | $ |
| | 11. Clothing | $ | $ |
| | 12. Gift and Donations | $ | $ |
| | 13. Tuition / Education *UPR hija* | $96 | $ |
| | 14. Chapter 13 Trustee Monthly Payment | $672 | $ |
| | 15. Other (Attach detailed statement) *bomba asma* | $65 | $ |
| L. | TOTAL PERSONAL DISBURSEMENTS | $ | $ |
| M. | DISPOSABLE INCOME (FOR NEXT PERIOD) | $5921.12 | $ |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

/s/ Abdel Torres Rodríguez
Signature of Debtor

June 24, 2010
Date

/s/ Maribel Gorbea Díaz
Signature of Joint Debtor

/s/Edgar D. Brito
Debtor (s) attorney

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| ABDEL TORRES RODRIGUEZ<br>and MARIBEL GORBEA DIAZ<br><br>**Debtor(s)** | **Case No.** **09-07086-SEK**<br><br>**Chapter** **13** |
|---|---|

# Monthly Financial Report for Business (D/B/A)
## (Chapter 13 Trustee José R. Carrión)

FOR THE PERIOD BEGINNING February 1, 2010 AND ENDING February 28, 2010

All items must be answered or if any of the items listed do not apply, answer "none" or "N/A".

| | | CURRENT MONTH | PREVIOUS MONTH |
|---|---|---|---|
| A. | CASH AT BEGINNING OF PERIOD | $5921.12 | $ |
| B. | RECEIPTS: | $ | $ |
| | 1. Cash Sales | $ | $ |
| | Less: Cash Refunds Net Cash Sales | $ | $ |
| | 2. Collection on post petition A/R | $ | $ |
| | 3. Collection on pre petition A/R | $ | $ |
| | 4. Other receipts | $5418.26 | $ |
| C. | TOTAL RECEIPTS | $ | $ |
| D. | TOTAL CASH AVAILABLE FOR OPERATIONS | $11339.30 | $ |
| E. | DISBURSEMENT | $ | $ |
| | 1. Net Payroll | $ | $ |
| | 2. Payroll Taxes Paid | $ | $ |
| | 3. Sales and Use Taxes | $ | $ |
| | 4. Other Taxes | $ | $ |
| | 5. Rent | $1003 | $ |
| | 6. Other Leases (Attach details) | $ | $ |
| | 7. Telephone *767-5483;757-8334(fax)* | $438.57 | $ |
| | 8. Utilities | $ | $ |
| | 9. Travel and Transportation | $ | $ |
| | 10. Vehicle Expenses | $ | $ |
| | 11. Office Supplies | $ | $ |
| | 12. Advertising | $ | $ |
| | 13. Insurance | $ | $ |
| | 14. Purchases of Fixed Assets (Attach details) | $ | $ |
| | 15. Purchases of Inventory | $ | $ |
| | 16. Manufacturing Supplies | $ | $ |
| | 17. Repairs and Maintenance | $ | $ |
| | 18. Payment to Secured Creditors (Business loans) | $ | $ |
| | 19. Other Operating Expenses (Attach details) *edicto Nuevo Dia* | $93.50 | $ |
| F. | TOTAL CASH DISBURSEMENTS | $ | $ |
| G. | ENDING CASH BALANCE | $9804.21 | $ |

| | | | |
|---|---|---|---|
| H. | ENDING CASH BALANCE (THIS PERIOD) | $9804.21 | $ |
| I. | OTHER INCOME | $ | $ |
| | 1. Salaries and commissions *UPR* | $1612.50 | $ |
| | 2. Interest or dividends | $ | $ |
| | 3. Rent | $ | $ |
| | 4. Other | $ | $ |
| | SUB TOTAL (OTHER INCOME) | | $ |
| J. | TOTAL AVAILABLE INCOME | $11416.71 | $ |
| K. | PERSONAL EXPENSES | $ | $ |
| | 1. Federal Taxes | $ | $ |
| | 2. State Taxes | $ | $ |
| | 3. Other Taxes | $ | $ |
| | 4. Utilities | $327.31 | $ |
| | 5. Mortgage / Rent *mantenimiento* | $140.00 | $ |
| | 6. Insurance Premiums (Attach detailed statement) | $62.55 | $ |
| | 7. Food | $361.50 | $ |
| | 8. Medical / Dental | $342.00 | $ |
| | 9. Loan Payments (Attach detailed statement) | $ | $ |
| | 10. Transportation (Attach detailed statement) | $950.00 | $ |
| | 11. Clothing | $ | $ |
| | 12. Gift and Donations | $ | $ |
| | 13. Tuition / Education *UPR hija* | $96 | $ |
| | 14. Chapter 13 Trustee Monthly Payment | $672.00 | $ |
| | 15. Other (Attach detailed statement) | $89.36 | $ |
| L. | TOTAL PERSONAL DISBURSEMENTS | $ | $ |
| M. | DISPOSABLE INCOME (FOR NEXT PERIOD) | $8375.99 | $ |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

/s/ Abdel Torres Rodríguez
Signature of Debtor

June 24, 2010
Date

/s/ Maribel Gorbea Díaz
Signature of Joint Debtor

/s/Edgar D. Brito
Debtor (s) attorney

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| ABDEL TORRES RODRIGUEZ and MARIBEL GORBEA DIAZ<br><br>**Debtor(s)** | **Case No.** **09-07086-SEK**<br><br>**Chapter** **13** |
|---|---|

# Monthly Financial Report for Business (D/B/A)
## (Chapter 13 Trustee José R. Carrión)

FOR THE PERIOD BEGINNING March 1, 2010 AND ENDING March 31, 2010

All items must be answered or if any of the items listed do not apply, answer "none" or "N/A".

| | CURRENT MONTH | PREVIOUS MONTH |
|---|---|---|
| A. CASH AT BEGINNING OF PERIOD | $8375.99 | $ |
| B. RECEIPTS: | $ | $ |
| 1. Cash Sales | $ | $ |
| Less: Cash Refunds Net Cash Sales | $ | $ |
| 2. Collection on post petition A/R | $ | $ |
| 3. Collection on pre petition A/R | $ | $ |
| 4. Other receipts | $6197.31 | $ |
| C. TOTAL RECEIPTS | $ | $ |
| D. TOTAL CASH AVAILABLE FOR OPERATIONS | $14573.30 | $ |
| E. DISBURSEMENT | $ | $ |
| 1. Net Payroll | $ | $ |
| 2. Payroll Taxes Paid | $ | $ |
| 3. Sales and Use Taxes | $ | $ |
| 4. Other Taxes | $ | $ |
| 5. Rent | $1003.00 | $ |
| 6. Other Leases (Attach details) | $ | $ |
| 7. Telephone | $ | $ |
| 8. Utilities | $ | $ |
| 9. Travel and Transportation | $ | $ |
| 10. Vehicle Expenses | $ | $ |
| 11. Office Supplies *books* | $60.94 | $ |
| 12. Advertising | $ | $ |
| 13. Insurance | $ | $ |
| 14. Purchases of Fixed Assets (Attach details) | $ | $ |
| 15. Purchases of Inventory | $ | $ |
| 16. Manufacturing Supplies | $ | $ |
| 17. Repairs and Maintenance | $ | $ |
| 18. Payment to Secured Creditors (Business loans) | $ | $ |
| 19. Other Operating Expenses (Attach details) | $ | $ |
| F. TOTAL CASH DISBURSEMENTS | $ | $ |
| G. ENDING CASH BALANCE | $13509.36 | $ |

| | | | |
|---|---|---|---|
| H. | ENDING CASH BALANCE (THIS PERIOD) | $13509.36 | $ |
| I. | OTHER INCOME | $ | $ |
| | 1. Salaries and commissions *UPR* | $1612.50 | $ |
| | 2. Interest or dividends | $ | $ |
| | 3. Rent | $ | $ |
| | 4. Other | $ | $ |
| | SUB TOTAL (OTHER INCOME) | | $ |
| J. | TOTAL AVAILABLE INCOME | $15121.88 | $ |
| K. | PERSONAL EXPENSES | $ | $ |
| | 1. Federal Taxes | $ | $ |
| | 2. State Taxes | $ | $ |
| | 3. Other Taxes | $ | $ |
| | 4. Utilities | $495.57 | $ |
| | 5. Mortgage / Rent +*mantenimiento* | $11068.55 | $ |
| | 6. Insurance Premiums (Attach detailed statement) | $62.55 | $ |
| | 7. Food | $370.62 | $ |
| | 8. Medical / Dental | $342.00 | $ |
| | 9. Loan Payments (Attach detailed statement) | $ | $ |
| | 10. Transportation (Attach detailed statement) | $950 | $ |
| | 11. Clothing | $ | $ |
| | 12. Gift and Donations | $ | $ |
| | 13. Tuition / Education *UPR hija* | $96.00 | $ |
| | 14. Chapter 13 Trustee Monthly Payment | $672.00 | $ |
| | 15. Other (Attach detailed statement) *farmacia* | $143.13 | $ |
| L. | TOTAL PERSONAL DISBURSEMENTS | $ | $ |
| M. | DISPOSABLE INCOME (FOR NEXT PERIOD) | $922.10 | $ |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

/s/ Abdel Torres Rodríguez
Signature of Debtor

June 24, 2010
Date

/s/ Maribel Gorbea Díaz
Signature of Joint Debtor

/s/Edgar D. Brito
Debtor (s) attorney

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ABDEL TORRES RODRIGUEZ<br>and MARIBEL GORBEA DIAZ<br><br>**Debtor(s)** | **Case No.** **09-07086-SEK**<br><br>**Chapter** **13** |

# Monthly Financial Report for Business (D/B/A)

## (Chapter 13 Trustee José R. Carrión)

FOR THE PERIOD BEGINNING April 1, 2010 AND ENDING April 30, 2010

All items must be answered or if any of the items listed do not apply, answer "none" or "N/A".

| | | CURRENT MONTH | PREVIOUS MONTH |
|---|---|---|---|
| A. | CASH AT BEGINNING OF PERIOD | $922.10 | $ |
| B. | RECEIPTS: | $ | $ |
| | 1. Cash Sales | $ | $ |
| | Less: Cash Refunds Net Cash Sales | $ | $ |
| | 2. Collection on post petition A/R | $ | $ |
| | 3. Collection on pre petition A/R | $ | $ |
| | 4. Other receipts | $4154.68 | $ |
| C. | TOTAL RECEIPTS | $ | $ |
| D. | TOTAL CASH AVAILABLE FOR OPERATIONS | $5076.78 | $ |
| E. | DISBURSEMENT | $ | $ |
| | 1. Net Payroll | $ | $ |
| | 2. Payroll Taxes Paid | $ | $ |
| | 3. Sales and Use Taxes | $ | $ |
| | 4. Other Taxes | $ | $ |
| | 5. Rent | $1003 | $ |
| | 6. Other Leases (Attach details) | $ | $ |
| | 7. Telephone *767-5483;757-8334(fax)* | $469.93 | $ |
| | 8. Utilities | $ | $ |
| | 9. Travel and Transportation | $ | $ |
| | 10. Vehicle Expenses | $ | $ |
| | 11. Office Supplies | $ | $ |
| | 12. Advertising | $ | $ |
| | 13. Insurance | $ | $ |
| | 14. Purchases of Fixed Assets (Attach details) | $ | $ |
| | 15. Purchases of Inventory | $ | $ |
| | 16. Manufacturing Supplies | $ | $ |
| | 17. Repairs and Maintenance | $ | $ |
| | 18. Payment to Secured Creditors (Business loans) | $ | $ |
| | 19. Other Operating Expenses (Attach details) | $ | $ |
| F. | TOTAL CASH DISBURSEMENTS | $ | $ |
| G. | ENDING CASH BALANCE | $3603.85 | $ |

| | | | |
|---|---|---|---|
| H. | ENDING CASH BALANCE (THIS PERIOD) | $3603.85 | $ |
| I. | OTHER INCOME | $ | $ |
| | 1. Salaries and commissions *UPR* | $1456.45 | $ |
| | 2. Interest or dividends | $ | $ |
| | 3. Rent | $ | $ |
| | 4. Other | $ | $ |
| | SUB TOTAL (OTHER INCOME) | | $ |
| J. | TOTAL AVAILABLE INCOME | $5060.30 | $ |
| K. | PERSONAL EXPENSES | $ | $ |
| | 1. Federal Taxes | $309.68 | $ |
| | 2. State Taxes | $ | $ |
| | 3. Other Taxes | $ | $ |
| | 4. Utilities | $106.06 | $ |
| | 5. Mortgage / Rent *+mantenimiento* | $2228 | $ |
| | 6. Insurance Premiums (Attach detailed statement) | $62.55 | $ |
| | 7. Food | $250 | $ |
| | 8. Medical / Dental | $342 | $ |
| | 9. Loan Payments (Attach detailed statement) | $ | $ |
| | 10. Transportation (Attach detailed statement) | $950 | $ |
| | 11. Clothing | $ | $ |
| | 12. Gift and Donations | $ | $ |
| | 13. Tuition / Education | $ | $ |
| | 14. Chapter 13 Trustee Monthly Payment | $672 | $ |
| | 15. Other (Attach detailed statement) | $ | $ |
| L. | TOTAL PERSONAL DISBURSEMENTS | $ | $ |
| M. | DISPOSABLE INCOME (FOR NEXT PERIOD) | $140.01 | $ |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

/s/ Abdel Torres Rodríguez
Signature of Debtor

June 24, 2010
Date

/s/ Maribel Gorbea Díaz
Signature of Joint Debtor

/s/Edgar D. Brito
Debtor (s) attorney

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| ABDEL TORRES RODRIGUEZ<br>and MARIBEL GORBEA DIAZ<br><br>**Debtor(s)** | **Case No.** **09-07086-SEK**<br><br>**Chapter** **13** |
|---|---|

# Monthly Financial Report for Business (D/B/A)
## (Chapter 13 Trustee José R. Carrión)

FOR THE PERIOD BEGINNING May 1, 2010 AND ENDING May 31, 2010

All items must be answered or if any of the items listed do not apply, answer "none" or "N/A".

| | | CURRENT MONTH | PREVIOUS MONTH |
|---|---|---|---|
| A. | CASH AT BEGINNING OF PERIOD | $140.01 | $ |
| B. | RECEIPTS: | $ | $ |
| | 1. Cash Sales | $ | $ |
| | Less: Cash Refunds Net Cash Sales | $ | $ |
| | 2. Collection on post petition A/R | $ | $ |
| | 3. Collection on pre petition A/R | $ | $ |
| | 4. Other receipts | $4788.14 | $ |
| C. | TOTAL RECEIPTS | $ | $ |
| D. | TOTAL CASH AVAILABLE FOR OPERATIONS | $4928.15 | $ |
| E. | DISBURSEMENT | $ | $ |
| | 1. Net Payroll | $ | $ |
| | 2. Payroll Taxes Paid | $ | $ |
| | 3. Sales and Use Taxes | $ | $ |
| | 4. Other Taxes | $ | $ |
| | 5. Rent | $1003 | $ |
| | 6. Other Leases (Attach details) | $ | $ |
| | 7. Telephone *767-5483;757-8334(fax)* | $222.11 | $ |
| | 8. Utilities | $ | $ |
| | 9. Travel and Transportation | $ | $ |
| | 10. Vehicle Expenses | $ | $ |
| | 11. Office Supplies *toner printer* | $105.93 | $ |
| | 12. Advertising | $ | $ |
| | 13. Insurance | $ | $ |
| | 14. Purchases of Fixed Assets (Attach details) | $ | $ |
| | 15. Purchases of Inventory | $ | $ |
| | 16. Manufacturing Supplies | $ | $ |
| | 17. Repairs and Maintenance | $ | $ |
| | 18. Payment to Secured Creditors (Business loans) | $ | $ |
| | 19. Other Operating Expenses (Attach details) | $ | $ |
| F. | TOTAL CASH DISBURSEMENTS | $ | $ |
| G. | ENDING CASH BALANCE | $3597.11 | $ |

| | | | |
|---|---|---|---|
| H. | ENDING CASH BALANCE (THIS PERIOD) | $3597.11 | $ |
| I. | OTHER INCOME | $ | $ |
| | 1. Salaries and commissions *UPR* | $1302.39 | $ |
| | 2. Interest or dividends | $ | $ |
| | 3. Rent | $ | $ |
| | 4. Other | $ | $ |
| | SUB TOTAL (OTHER INCOME) | | $ |
| J. | TOTAL AVAILABLE INCOME | $4899.50 | $ |
| K. | PERSONAL EXPENSES | $ | $ |
| | 1. Federal Taxes | $ | $ |
| | 2. State Taxes | $ | $ |
| | 3. Other Taxes | $ | $ |
| | 4. Utilities | $269.88 | $ |
| | 5. Mortgage / Rent *+mantenimiento* | $2228 | $ |
| | 6. Insurance Premiums (Attach detailed statement) | $62.55 | $ |
| | 7. Food | $250 | $ |
| | 8. Medical / Dental | $342 | $ |
| | 9. Loan Payments (Attach detailed statement) | $ | $ |
| | 10. Transportation (Attach detailed statement) | $950 | $ |
| | 11. Clothing | $ | $ |
| | 12. Gift and Donations | $ | $ |
| | 13. Tuition / Education | $ | $ |
| | 14. Chapter 13 Trustee Monthly Payment | $672 | $ |
| | 15. Other (Attach detailed statement)*aseo personal* | $75 | $ |
| L. | TOTAL PERSONAL DISBURSEMENTS | $ | $ |
| M. | DISPOSABLE INCOME (FOR NEXT PERIOD) | $50.07 | $ |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

/s/ Abdel Torres Rodríguez
Signature of Debtor

June 24, 2010
Date

/s/ Maribel Gorbea Díaz
Signature of Joint Debtor

/s/Edgar D. Brito
Debtor (s) attorney