# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: ABDEL TORRES RODRIGUEZ
MARIBEL GORBEA DIAZ

Bkrtcy. No. 09-07086-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Oct 21, 2009
Meeting Date: Jul 15, 2010
DC Track No. 20

Days from petition date: 267
Meeting Time: 1:00 PM

910 Days before Petition: 4/25/2007
☐ Chapter 13 Plan Date: Dec 21, 2009 Dkt.# 28 ☐ Amended.

This is debtor(s) TBD Bankruptcy petition.
Plan Base: $38,976.00

This is the TBD Scheduled Meeting
Confirmation Hearing Date: Aug 10, 2010 Time: 8:30 AM

Payment(s) ☑ Received or ☐ Evidence shown at meeting:
Ck/MO No. | Date | Amount
Total Paid In: $4,032.00

### I. Appearances: ☐ Telephone ☐ Video Conference
☑ Debtor Present ☐ ID & Soc. OK ☐ Debtor Absent
☑ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
Debtor(s) was/were ☐ Examined ☑ Not Examined under oath.
Attorney for Debtor(s) ☑ Present ☐ Not Present
☐ Substitute attorney: ☐ Pro-se.

☑ Creditor(s) present: ☐ None.
FirstBank - Romero

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: EDGAR D BRITO BORGEN*
Total Agreed: $0.00 Paid Pre-Petition: $0.00 Outstanding THROUGH THE PLAN: $0.00

### III. Trustee's will file Motion to Dismiss: ☐ For Failure to appear; ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☐ Under ☐ Above Median Income. Liquidation Value: TBD
Commitment Period is ☐ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: TBD
The Trustee ☐ RECOMMENDS TBD ☐ OBJECTS TBD Plan confirmation.
§341 Meeting ☑ CONTINUED ☐ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: Oct 20, 2010 9am

### V. Trustee's OBJECTIONS to Confirmation:
☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

### ADDITIONAL OBJECTIONS / COMMENTS:
Social Security cards are necessary for identification purposes, such documents were not part of the record for the previous meeting.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: Jul 15, 2010