IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: ABDEL TORRES RODRIGUEZ MARIBEL GORBEA DIAZ  Debtors | CASE NO. 09-07086 (SEK) CHAPTER 13 |
|---|---|
| BANCO POPULAR DE PUERTO RICO  Movant  Vs.  ABDEL TORRES RODRIGUEZ MARIBEL GORBEA DIAZ JOSE R CARRION MORALES  Respondents | INDEX _____ |

*CERTIFICATE OF SERVICE*

TO THE HONORABLE COURT:

**I HEREBY CERTIFY** under penalty of perjury that the copy of Notice On Motion For Relief Of Stay Under 11 USC §362 and a copy of Motion Requesting That Stay Be Lifted by Movant, Banco Popular de Puerto Rico, was sent via certified mail on 7/23/2010, to: **Mr. Abdel Torres Rodriguez**, PO BOX 29783, San Juan, PR 00929, **Ms. Maribel Gorbea Diaz,** PO BOX 29783, San Juan, PR 00929; **Mr. Edgar D Brito Borgen**, PO BOX 362279, San Juan, PR 00936-2279; **Mr. José R Carrión Morales**, PO Box 9023884, San Juan, PR 00902-3884.

**I CERTIFY**, that on this same date, I electronically filed the foregoing with the Clerk of this Court via CM/ECF system, which will electronically send notification of such filing to the following to: **Mr. Edgar D Brito Borgen; Mr. Jose R Carrion Morales**; and **Ms. Monsita Lecaroz Arribas.**

In San Juan, Puerto Rico, this 23 day of July, 2010.

*S/ Wallace Vazquez Sanabria*
Wallace Vazquez Sanabria-125101
17 Mexico St., Suite D-1
San Juan, Puerto Rico 00917-2202
Tel (787) 756-5730
Fax: (787) 764-0340
Email: walvaz@prtc.net