IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

ABDEL TORRES RODRIGUEZ

MARIBEL GORBEA DIAZ

XXX-XX-8982

XXX-XX-5080

CASE NO. 09-07086 SEK

Chapter 13

FILED & ENTERED ON 09/10/2010

Debtor(s)

ORDER

Motion resigning legal representation of Debtors filed by Attorney Edgar D. Brito Borgen on 09/08/2010 (Docket No. 64) is GRANTED.

SO ORDERED.

In San Juan, Puerto Rico, this September 10, 2010.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

c: DEBTOR (S)
EDGAR D BRITO BORGEN
JOSE RAMON CARRION MORALES